JACOBIE GREEN

VERSUS

JEFFERSON PARISH CLERK OF COURT
STATE OF LOUISIANA

NO. 24-C-514

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Wiseman*

Linda Wiseman
First Deputy, Clerk of Court

January 10, 2025

Linda Wiseman
First Deputy Clerk

**IN RE** JACOBIE GREEN

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE STEPHEN C. GREFER, DIVISION "J", NUMBER 843-270

Panel composed of Judges Fredericka Homberg Wicker,
Scott U. Schlegel, and Timothy S. Marcel

**WRIT DENIED**

Petitioner comes before this Court for a second time on this matter. This matter arises out of a request under the Public Records Act (La. R.S. 44:1) made to both the Clerk of Court and the District Attorney. This Court dismissed Mr. Green's first appeal, finding that, while on appeal Mr. Green complained of the Clerk of Court's failure to provide requested documents, the judgment at issue dismissed Mr. Green's case as to the District Attorney only, leaving the Clerk of Court as a litigant in the underlying mandamus action at the trial court, with no action taken by that court with regard to Mr. Green's claims as to the Clerk of Court. This Court found it simply had no judgment to review. *Jacobie Green v. Paul D. Connick, Jr. District Attorney for the Parish of Jefferson et al.,* No. 23-CA-582 (La. App. 5 Cir. 9/15/24).

Upon our current re-review of the official record, we find that neither Mr. Green nor the Clerk of Court has taken any action in the underlying mandamus action since September 25, 2024, when this Court issued its opinion dismissing Mr.

24-C-514

Green's first appeal. The underlying mandamus action against the Clerk of Court (*Jacobie Green v. Jefferson Parish Clerk of Court,* 24th JDC Docket No. 843-270) remains pending in the trial court. Again, with no action taken by the trial court in the pending mandamus action addressed to the Clerk of Court, we have nothing to review. Petitioner remains free to take all actions related to the Clerk of Court, as permitted by the Louisiana Code of Civil Procedure, in the pending mandamus case below.

Accordingly, for the reasons stated above, the Motion to Compel Answer in the 24th Judicial District Court, No. 843-270, etc., filed herein by Mr. Green is **DENIED.**

Gretna, Louisiana, this 10th day of January, 2025.

**FHW**
**SUS**
**TSM**

2

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **01/10/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-C-514**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Stephen C. Grefer (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Jacobie Green (Relator)
Louisiana State Penitentiary
Angola, LA 70712